THAYER H. CODDING, Appellant, *v.* THOMAS NEWMAN, Respondent.

(Argued December 7, 1875; decided December 14, 1875.)

*John Van Voorhis* for the appellant.

*George F. Danforth* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.